# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1614.  BRYAN K. SIMS v. THE STATE.**

In 2012, Bryan K. Sims entered guilty pleas and was convicted of several offenses, including false imprisonment of child victims. Sims's convictions were confirmed on appeal in an unpublished opinion. See Case No. A16A0947 (Oct. 11, 2016). In 2020, Sims filed a "Motion to Void Sentence," arguing that his sentence was void because he was required to register as a sex offender pursuant to OCGA § 42-1-12 even though his offenses did not involve sexual activity. The trial court denied Sims's motion and he appealed. This Court dismissed Sims's appeal, finding that he failed to raise a colorable claim that his sentence was void. See Case No. A21A1332 (decided May 17, 2021). In 2024, Sims filed another "Motion to Void Sentence," once again arguing that his sentence is void based on the sex offender registration requirement. The trial court denied Sims's motion and he filed this appeal. However, Sims's appeal is barred as a matter of law.

"It is axiomatic that the same issue cannot be relitigated ad infinitum." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000). Thus, Sims "cannot re-litigate here the same issues that were dismissed in his prior appeals." *Howard v. State*, 289 Ga. 207, 207 (1) (710 SE2d 761) (2011); see also *Paradise v. State*, 321 Ga. App. 371, 373 (740 SE2d 238) (2013) (although a void sentence may be challenged at any time, this principle is nevertheless subject to the equally well-established principles of res judicata and the law-of-the-case rule); *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (a void sentence is subject to res judicata and law-of-the-case rule, and a defendant is "not entitled to multiple bites at the apple"). Because Sims raised this

same issue in a prior appeal, this appeal is barred.

    Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   06/28/2024  

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*